UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

GABRIELA YAMILETH MARTINEZ
ZALDANA, Petitioner,

v. Civil Action No. 4:26-cv-11-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al., Respondents.

\* \* \* \* \*

### ORDER

The parties filed a joint motion to remand the upcoming show-cause hearing due to a lack of relevant factual disputes. (Docket No. 9) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion to remand the hearing (D.N. 9) is **GRANTED**. The show-cause hearing of this matter, currently set for January 15, 2026, is **REMANDED** from the Court's docket.

January 13, 2026

David J. Hale, Chief Judge
United States District Court

1